IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRYL WHITE,** )  ) **Plaintiff,** )  ) vs. ) **CIVIL NO. 09-cv-839-DRH**  ) **MRS. FENTON, et al.,** )  ) **Defendants.** ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On April 14, 2010, the Court dismissed the complaint (Doc. 1) for failure to state a claim, giving Plaintiff 30 days to file a new complaint (*see* Doc. 10). Plaintiff later sought additional time to comply with that order, due to certain law library restrictions currently in place at Pinckneyville. His request was granted, and he was directed to file his new complaint by June 14, 2010.[1] The Court has received no further pleadings from Plaintiff in this action, and his deadline elapsed a week ago.

**IT IS HEREBY ORDERED** this action is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A. Plaintiff is advised that the dismissal of this action will count as one of his three allotted "strikes" under the provisions of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

**DATED:   June 22, 2010.**

　　　　　　　　　　　　　　　　　　　　　　　/s/   DavidRHerndon
　　　　　　　　　　　　　　　　　　　　　　**CHIEF JUDGE**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

---

[1] In his motion (Doc. 11), Plaintiff asked for an extension through May 29, 2010; the Court gave him 16 days longer than he requested.